UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>CHIEF JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>Randall Oke | Civil Action No. 1:24-cv-244 |

# SHORT FORM COMPLAINT

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in MDL No. 2846 by reference. Plaintiff(s) further show(s) the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s):

    Randall Oke

2. The name of any Consortium Plaintiff (if applicable):

    N/A

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. State of Residence:

    Virginia

5. District Court and Division in which action would have been filed absent direct filing:

    The District Court of Rhode Island

6. Defendants (Check Defendants against whom Complaint is made):

    ☒ A. Davol, Inc.

    ☒ B. C.R. Bard, Inc.

    ☐ C. Other (please list: _____)

7 Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

    ☒ 3DMax Mesh

    ☐ 3DMax Light Mesh Bard

    ☐ (Marlex) Mesh Dart

    ☐ Bard Mesh

    ☐ Bard Soft Mesh

    ☐ Composix

    ☐ Composix E/X

    ☐ Composix Kugel Hernia Patch

    ☐ Composix LN

    ☐ Kugel Hernia Patch

    ☐ Marlex

    ☐ Modified Kugel Hernia Patch

    ☐ Perfix Light Plug

2

☒ PerFix Plug

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☐ Venfralex ST Patch

☐ Ventralight ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____

_____

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

☒ 3DMax Mesh

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dart

☐ Bard Mesh

☐ Bard soft Mesh

☐ Composix

☐ Composix E/X

3

☐ Composix Kugel Hernia Patch

☐ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ Perfix Light Plug

☒ PerFix Plug

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralight ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____

_____

9. Date of Implantation and state of implantation: <u>July 30, 2018, Virginia; December 2, 2022, Virginia</u>

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hemia Mesh Device(s)?:  Yes <u>X</u>   No

4

11. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other:_____

12. Counts in the Master Complaint adopted by Plaintiff(s):

    ☒ Count I — Strict Product Liability- Defective Design

    ☒ Count Il — Strict Product Liability- Failure to Warn

    ☒ Count Ill — Strict Product Liability- Manufacturing Defect

    ☒ Count IV— Negligence

    ☒ Count V Negligence Per Se

    ☒ Count VI— Gross Negligence

    ☒ Count VII State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

    R.I. Gen. Laws §6-13. 1-1, et seq_____

    _____

    _____

    ☒ Count VIII — Breach of Implied Warranty

    ☒ Count IX — Breach of Express Warranty

    ☒ Count X — Negligent Infliction of Emotional Distress

    ☒ Count XI — Intentional Infliction of Emotional Distress

    ☒ Count Xll Negligent Misrepresentation

    ☒ Count Xlll Fraud and Fraudulent Misrepresentation

    ☒ Count XIV-Fraudulent Concealmen

    ☐ Count XV -Wrongful Death

5

- ☐ Count -Loss of Consortium
- ☒ Count XVII — Punitive Damages
- ☐ Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

  _____

  _____

  _____

  _____

- ☒ Jury Trial is Demanded as to All Counts
- ☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is
- ☐ Demanded as to Any Count(s), identify which ones (list below): _____

/s/: Alexander Dwyer
Attorney for Plaintiff

Alexander Dwyer
Bar No. 24054271
Kirkendall Dwyer, LLP
440 Louisiana St Ste 1901
Houston, TX 77002-1060
(214)271-4027
adwyer@kirkendalldwyer.com
kdherniamesh@kirkendalldwyer.com

6